ANDRÉ BIROTTE
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
  300 N. Los Angeles Street
  Federal Building, Room 7211
  Los Angeles, CA  90012
      Telephone: (213) 894-6551
      Fax:         (213) 894-0115
      E-mail:     andrew.t.pribe@usdoj.gov

*Attorneys for the United States of America*

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JOHN and JUDITH BEDROSIAN,<br><br>    Plaintiffs,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant | Case No.: CV 11-5307 JFW (RZx)<br><br>ORDER<br><br>NOTE: CHANGES MADE BY THE COURT |

Based on the stipulation of the parties as well as for good cause shown, it is ordered that:

1.   The case is placed on inactive status and administratively closed.

2.   The parties shall file a status report regarding *John C. Bedrosian and Judith D. Bedrosian v. Commissioner,* case no. 12341-05, now pending in the Tax Court, six months from the date of this order and every six months after that.

3.      Once the Tax Court case and any resulting appeal is concluded, the parties shall file a report stating whether this case should be placed on active status or whether the case will be voluntarily dismissed.

DATED: July 11, 2012

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE